# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

147839

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re REGNIER, Minors.

SC: 147839
COA: 313657
Tuscola CC Family Division:
10-010036-NA

_____/

By order of December 13, 2013, the application for leave to appeal the July 23, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Sanders* (Docket No. 146680). On order of the Court, the case having been decided on June 2, 2014, 495 Mich 394 (2014), the application is again considered and, it appearing to this Court that the case of *In re Farris* (Docket No. 147636) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014



Clerk

p1020